No. 64. UNITED STATES *v.* AMERICAN STEAMSHIP " LAURADA." On writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit. Argued November 21 and 22, 1901. Decided January 6, 1902. Decree affirmed, by a divided court, and cause remanded to the District Court of the United States for the District of Delaware. *Mr. Attorney General* and *Mr.*

*Assistant Attorney General Hoyt* for the petitioner. *Mr. Andrew C. Gray* for the respondent.